1  JASON M. FRIERSON
United States Attorney
2  Nevada Bar No. 7709
OSCAR GONZALEZ DE LLANO, DCBN 491042
3  Special Assistant United States Attorney
Office of the General Counsel
4  Social Security Administration
160 Spear Street, Suite 800
5  San Francisco, CA 94105
Telephone: (510) 970-4818
6  Facsimile: (415) 744-0134
7  Email: oscar.gonzalez@ssa.gov

8  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIMMA ROSE ALEJANDRO, | ) |
| Plaintiff, | ) Case No.: 2:22-cv-01752-VCF |
| vs. | ) **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; [PROPOSED] ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) (*FIRST REQUEST*) |

Defendant, Kilolo Kijakazi, Commissioner of Social Security (the "Commissioner"), by and through the undersigned attorneys, hereby moves for a thirty-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by January 3, 2023.

The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. Counsel for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing. OAO has indicated it needs additional time to prepare the CAR. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections to an extension of thirty-days.

This request is made in good faith and is not intended to delay the proceedings in this matter. It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including February 2, 2023.

Dated: January 3, 2023                    Respectfully submitted,

                                          JASON M. FRIERSON
                                          United States Attorney

                                          /s/ *Oscar Gonzalez de Llano*
                                          Oscar Gonzalez de Llano
                                          Special Assistant United States Attorney

Unopposed Mot. for Ext.                                1

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; [PROPOSED] ORDER** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

**Leonard Stone**
Shook & Stone, Chtd.
710 S Fourth Street
Las Vegas, NV 89101
Email: lstone@shookandstone.com

**Marc V. Kalagian**
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway,
Suite C115
Santa Fe Springs, CA 90670
Email: marc.kalagian@rksslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2023

/s/ *Oscar Gonzalez de Llano*
Oscar Gonzalez de Llano
Special Assistant United States Attorney

Unopposed Mot. for Ext.

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
OSCAR GONZALEZ DE LLANO, DCBN 491042
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (510) 970-4818
Facsimile: (415) 744-0134
Email: oscar.gonzalez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIMMA ROSE ALEJANDRO, | Case No.: 2:22-cv-01752-VCF |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER GRANTING EXTENSION OF TIME** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon Defendant's Motion for Extension of Time to File Certified Administrative Record and Answer, and for good cause shown, **IT IS ORDERED** that the date on which Defendant's answer is due is extended by thirty days, from January 3, 2023 to February 2, 2023. Defendant shall file the answer on or before February 2, 2023. If Defendant is unable to produce the certified administrative record necessary to file an answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __1-10-2023_____